

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-19-00721-CV

Rufina Reyes **YANEZ**,
Appellant

v.

**AMERICAN GENERAL LIFE INSURANCE COMPANY**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001146D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellant's third motion for an extension of time to file the appellant's brief is granted. We order the appellant's brief due April 30, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court